IN THE US DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

BRIAN THOMA, : Case No. 1:20cv282
    Petitioner, :
v. :
WARDEN, PICKAWAY CI, :
    Respondent. :

AFFIDAVIT OF BRIAN THOMA

Comes now Affiant Brian Thoma, being cautioned and sworn, states under penalty of perjury:

1. I, Brian Thoma, am an adult resident of Ohio. I am presently incarcerated at Pickaway Correctional Institution. I do not have a computer to type this. My attorney is writing this for me.

2. I do not currently have the financial resources to pay for an attorney to represent me in filing a federal habeas action.

3. I am requesting that the court appoint an attorney to represent me in federal court because I cannot afford one.

Brian Thoma

Sworn to before me in my presence on the 7th day of October, 2019.

Jennifer Kinsley